| PROB 22 (MD/PA 6/2013) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 3:15-175 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 2:20CR328 (KM) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Middle District of Pennsylvania | Scranton |
| Joshua Harris | NAME OF SENTENCING JUDGE | |
| | Malachy E. Mannion  United States District Judge | |
| | DATES OF Supervised Release | FROM January 10, 2020 | TO January 9, 2023 |

OFFENSE

Use of a Firearm, During and in Relation to, and in Furtherance of a Drug Trafficking Crime – [18 U.S.C. § 924(c)(1)(A)]

---

*PART 1 - ORDER TRANSFERRING JURISDICTION*

UNITED STATES DISTRICT COURT FOR THE  Middle  DISTRICT OF  Pennsylvania

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  District of New Jersey  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

4/14/20
*Date*

s/ *Malachy E. Mannion*
*United States District Judge*

\*This sentence may be deleted in the discretion of the transferring Court.

*PART 2 - ORDER ACCEPTING JURISDICTION*

UNITED STATES DISTRICT COURT FOR THE     DISTRICT OF  New Jersey

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/20/2020
*Effective Date*

s/ Kevin McNulty, U.S. District Judge
*United States District Judge*