PROB 12A
(6/21)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual Under Supervision: Joshua Harris                    Cr.: 20-00328-001
                                                                       PACTS #: 1995902

Name of Sentencing Judicial Officer:     THE HONORABLE MALACHY E. MANNION
                                         UNITED STATES DISTRICT JUDGE (MD/PA)

Name of Assigned Judicial Officer:       THE HONORABLE KEVIN MCNULTY
                                         UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/18/2016

Original Offense:   Use of a Firearm, During and in Relation to, and in Furtherance of Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)

Original Sentence: 60 months imprisonment, 3 years supervised release

Special Conditions: $100 Special Assessment, Substance Abuse Testing

Type of Supervision: Supervised Release                 Date Supervision Commenced: 01/10/2020

### NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The individual under supervision has violated the standard supervision condition which states, **'The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.'**<br><br>On December 28, 2022, Harris submitted a drug test that yielded a positive result for alcohol and marijuana. He admitted to alcohol and marijuana use, apologized for his actions and signed an admission of drug use form. |

**U.S. Probation Officer Action:**

We respectfully request no formal Court action be taken at this time. Harris stated he used marijuana for pain from working in a cold freezer and alcohol during the holidays. To date, all other drug tests submitted by Harris have yielded negative results. He is cooperative with the probation office, has maintained a stable residence and employment, has remained arrest-free, and has paid his special assessment. We recommend presentation of this Probation Form 12A to Harris as a written reprimand issued under the authority of the Court and that the supervision term be allowed to expire as scheduled.

Prob 12A – page 2
Joshua Harris

Respectfully submitted,

SUSAN M. SMALLEY,
Chief U.S. Probation Officer

By: JOSEPH A. DAGROSSA
Assistant Deputy Chief
U.S. Probation Officer

/bgm

PREPARED BY:

*Brendan G. Murillo*          12/28/2022
BRENDAN G. MURILLO          Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer

12/30/2022
Date